IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**OTTO WATTS LEWIS**  **PLAINTIFF**

**VERSUS**  **CIVIL ACTION NO. 1:03cv669LG-JMR**

**BECKY FULTON, ET AL.**  **DEFENDANTS**

**FINAL JUDGMENT**

This matter is before the Court on submission of the Report and Recommendation of Chief United States Magistrate Judge John M. Roper [51-1] entered in this cause on July 5, 2006. The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED,** that Plaintiff's complaint should be and is hereby dismissed for failure to exhaust his administrative remedies pursuant to 42 U.S.C. § 1997(e) of the Prison Litigation Reform Act.

**SO ORDERED AND ADJUDGED** this the 26th day of July, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE